THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THE BROOKLYN COOPERAGE COMPANY, Appellant, Impleaded with Another.

*People* v. *Brooklyn Cooperage Co.*, 147 App. Div. 267, affirmed. (Argued February 26, 1912; decided March 19, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 24, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to obtain possession of a certain tract of forest land and to restrain the defendant from cutting or removing timber therefrom.

*D-Cady Herrick* and *James M. Beck* for appellant.

*Thomas Carmody*, Attorney-General (*John G. Agar, James F. Tracey* and *J. A. Kellogg* of counsel), for respondent.

*Edward W. Hatch* and *Mynderse Van Cleef* for Cornell University, defendant.

Judgment affirmed, with costs, on the authority of our former decision in this case (187 N. Y. 142).

Concur: GRAY, HAIGHT, WERNER and CHASE, JJ. WILLARD BARTLETT, J., votes for modification in accordance with the dissenting opinion of KELLOGG, J., below. Dissenting: CULLEN, Ch. J., and COLLIN, J.